UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TRACEY BARBER,

                                     Plaintiff,

         v.                                          1:10-cv-914

STATE OF NEW YORK, et al,

                                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

         By Order dated August 5, 2010, Plaintiff was directed to file an amended complaint

that complied with the requirements of Fed. R. Civ. P. 8 and 10.  The Order apprised Plaintiff

of the type of information that is required to be included in a complaint to comply with Rules 8

and 10.  Plaintiff was specifically warned that his lawsuit "may be dismissed" if he failed to

comply with the order and failed to submit an amended complaint **within thirty (30) days** of

the date of that Order.

         More than thirty days have passed since the filing of the August 5, 2010 Order.

Plaintiff has failed to file an amended complaint or otherwise respond to the August 5 Order.

Accordingly, this matter is DISMISSED. for failure to satisfy the basic pleading requirements

and failure to comply with the August 5 Order.

IT IS SO ORDERED.

Dated:September 9, 2010

Thomas J. McAvoy
Senior, U.S. District Judge